460 A.2d 848

Commonwealth v. Farano, Appellant.
Petition for Allowance of Appeal
Denied Aug. 31, 1983.

Before HESTER, WICKERSHAM and POPOVICH, JJ.
Judgment of sentence affirmed.